ACCEPTED
03-14-00802-CR
5240388
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/12/2015 12:51:35 AM
JEFFREY D. KYLE
CLERK

# CASE NUMBER 03-14-00802-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/12/2015 12:51:35 AM
JEFFREY D. KYLE
Clerk

**PEDRO ELIZONDO MARTINEZ, JR.**

Appellant

VS.

**THE STATE OF TEXAS**

COURT OF APPEALS

**THIRD DISTRICT OF TEXAS**

AUSTIN, TEXAS

**On appeal from the 26th Judicial District Court**

Williamson County, Texas

Cause Number 13-1936-K26

# UNOPPOSED MOTION TO EXTEND TIME

# FOR FILING APPELLANT'S BRIEF

**MR. ELLIC SAHUALLA**

Counsel for Appellant

State Bar Number 24057365

600 W. 13th St.    Austin, Texas 78701

*ph* (512) 921-8247    *fax* (512) 451-5882

*email* ellic@sahuallalaw.com

# IDENTITY OF PARTIES & COUNSEL

## Appellate Parties

**MR. PEDRO ELIZONDO MARTINEZ, JR.**  **THE STATE OF TEXAS**
Appellant

## Appellate Counsel

**MR. ELLIC SAHUALLA**

Counsel for Appellant
State Bar Number 24057365

600 W. 13th St.          Austin, Texas 78701
*ph* (512) 921-8247     *fax* (512) 451-5882
*email* ellic@sahuallalaw.com

**THE HONORABLE JANA DUTY**

Counsel for the State
State Bar Number 24000244

405 Martin Luther King, Box 1
Georgetown, Texas 78626
*ph* (512) 943-1234    *fax* (512) 943-1255
*email* jprezas@wilco.org

# Unopposed Motion to Extend Time for Filing Appellant's Brief

To the Honorable Court:

The appellant would show the following:

## Deadline

The current deadline for filing the appellant's brief is May 11, 2015.

## Length of Extension

The appellant is seeking a 60-day extension, which would make the new deadline July 10, 2015.

## Need for Extension

Counsel for the appellant ("Counsel") is both a solo practitioner in private practice and chief of staff and general counsel to a state legislator. The "briefing time" after the reporter's record was filed in this case not only fell during a legislative session, but during April and May, by far the Texas Legislature's busiest time. The time commitment necessary to attend to these duties has prevented Counsel from adequately briefing the issues in this appeal despite diligent efforts.

In terms of the length of extension requested, Counsel expects to be in two felony trials in June: *The State of Texas v. Georganne Bernice Shirley*, CR-14-0300, and *The State of Texas v. Branden Mika Hampton*, CR-14-0597, both in Hays County. The requested extension should be ample to account for that, and Counsel believes the appellant's brief will be timely filed if the extension is granted.

## Previous Extensions

No previous extensions regarding the appellant's brief have been requested, although this court did once extend the deadline on its own motion due to a delay by the reporter in filing the reporter's record.

## Verification

This motion need not be verified because of the facts it depends on are within the personal knowledge of Counsel, whose signature appears below.

## Conference

Although no certificate of conference is required because this is a criminal case, Counsel has contacted appellate counsel for the State about this motion, and the State is not opposed to it.

## Prayer

The appellant respectfully moves this court to grant this motion and extend the deadline for filing the appellant's brief to July 10, 2015.

RESPECTFULLY SUBMITTED,

**MR. ELLIC SAHUALLA**
Counsel for Appellant
State Bar Number 24057365

600 W. 13th St.          Austin, Texas 78701
*ph* (512) 921-8247     *fax* (512) 451-5882
*email* ellic@sahuallalaw.com

# CERTIFICATE OF SERVICE

I certify that on May 11, 2015, a true and correct copy of this document was served on the Honorable Jana Duty (whose address is 405 Martin Luther King, Box 1, Georgetown, Texas 78626) through the electronic filing manager and by emailing it to State's appellate counsel, John Prezas, at jprezas@wilco.org.

**MR. ELLIC SAHUALLA**
Counsel for Appellant
State Bar Number 24057365

600 W. 13th St.       Austin, Texas 78701
*ph* (512) 921-8247    *fax* (512) 451-5882
*email* ellic@sahuallalaw.com